# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DELFINA SERNA,** on behalf of herself and all other similarly situated,

    **Plaintiff,**

Case No.: 8:19-CV-2891-T-60CPT

vs.

**STRADA SERVICES, INC.,** a Florida Profit Corporation,

    **Defendant.**

_____

## JOINT MOTION TO CONDUCT SETTLEMENT CONFERENCE BY TELEPHONE AND ELECTRONICALLY

Plaintiff, DELFINA SERNA, and Defendant, STRADA SERVICES, INC., pursuant to Local Rule 3.01(g) and the Court's FLSA Scheduling Order (Dkt. No. 7), respectfully request that this Court issue an Order permitting counsel for Plaintiff and counsel for Defendant, as required by the FLSA Scheduling Order, to conduct the Settlement Conference by telephone. In support of this Joint Motion, counsel states as follows:

1. Plaintiff's counsel is located in Davie, Florida.

2. Defendant's counsel is located in Maitland, Florida.

3. Plaintiff and Defendant's counsel have tried to set a date and time for an in-person meeting by providing dates and times in which to meet, but have not been.

4. Due to a trial, several depositions, and a mediation, Plaintiff and Defendant's counsel have been unable to find a date in which Plaintiff and Defendant's counsel can meet and

discuss in person, in good faith, the settlement of this matter by the Court ordered date of January 28, 2020.

5. The parties have tentatively set a telephonic Settlement Conference for January 24, 2020, and a second date of January 27, 2020 if subsequent conversation is needed, to be utilized upon the entering of an Order by this Court, approving this motion.

6. In order to expedite the completion of the Settlement Conference as well as avoid the unnecessary expenditure of the parties' resources on travel time between Davie or Maitland, the parties request that the Court permit counsel for Plaintiff and counsel for Defendant to conduct the Settlement Conference by telephone and execute an agreed-upon Settlement Conference Report by electronic mail.

7. The issuance of an order permitting counsel for Plaintiff and counsel for Defendant to conduct the Settlement Conference by telephone and execute an agreed upon Settlement Report by electronic mail will expedite the completion of the Settlement Conference and Settlement Report for both parties, as well as conserve the parties' resources.

## MEMORANDUM OF LAW

Based upon the foregoing, the parties respectfully suggest that they have shown good cause why the Court should issue an Order permitting counsel for Plaintiff and counsel for Defendant to conduct the Settlement Conference by telephone and execute an agreed-upon Settlement Report by electronic mail.

## CONCLUSION

Based upon the foregoing, Plaintiff and Defendant respectfully requests that the Court issue an Order permitting counsel for Plaintiff and counsel for Defendant to conduct the Settlement Conference by telephone and execute an agreed upon Settlement Report by electronic mail.

DATED this 15th day of January, 2020.

| | |
|---|---|
| */s/Paul Sutherland* | */s/ Noah Storch* |
| PAUL L. SUTHERLAND | NOAH E. STORCH |
| Florida Bar No. 1008093 | Florida Bar No.: 0085476 |
| NATHAN A. MCCOY | RICHARD CELLER LEGAL, P.A. |
| Florida Bar No.: 0676101 | 10368 W. State Road 84, Suite 230 |
| WILSON MCCOY, P.A. | Davie, FL 33324 |
| 100 E. Sybelia Avenue, Suite 205 | TEL: (866) 344-9243 |
| Maitland, Florida 32751 | FAX: (954) 337-2771 |
| TEL: (407) 803-5400 | noah@floridaovertimelawyer.com |
| FAX: (407) 803-4617 | |
| nmccoy@wilsonmccoylaw.com | **Attorney for Plaintiff** |
| psutherland@wilsonmccoylaw.com | |
| Secondary email: | |
| pleadings@wilsonmccoylaw.com | |

**Attorneys for Defendant**